IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAYEED AKBAR, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br>     v.<br><br>THE GENIUS BRAND,<br><br>                    Defendant. | Case No. 2:21-cv-05041-AMD-JMW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Sayeed Akbar, by and through his undersigned counsel of record, hereby dismisses his claims against Defendant The Genius Brand without prejudice.

Dated:  October 26, 2021                     **BURSOR & FISHER, P.A.**

                                             By:    */s/ Max S. Roberts*

                                             Max S. Roberts
                                             888 Seventh Avenue
                                             New York, NY 10019
                                             Telephone: (646) 837-7150
                                             Facsimile:  (212) 989-9163
                                             E-Mail:  mroberts@bursor.com

                                             *Attorneys for Plaintiff*